CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
Facsimile: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDEEP SHRIKANT SHUKLA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, Secretary, United States Department of State, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-07251-LJC<br><br>**STIPULATED JOINT REQUEST TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; ORDER** |

The parties, through their undersigned attorneys, hereby stipulate as follows:

1. Defendant's response to the complaint is currently due September 25, 2026.

2. Plaintiff alleges in his Complaint that adjudication of his visa application has been unreasonably delayed and seeks an order compelling its adjudication.

3. Defendants maintain that venue is improper in this District under 28 U.S.C. § 1391(e) and intend to file a motion to dismiss or to transfer on venue and other grounds.

4. Plaintiff and Defendants have met and conferred and have agreed to stipulate to transfer this action to the United States District Court for the District of the District of Columbia.

5. The parties further stipulate that Defendants shall have 30 days after this case is docketed with the District of the District of Columbia to respond to Plaintiff's Complaint.

6. Accordingly, the parties hereby STIPULATE, subject to the approval of the Court, to transfer this action to the District of the District of Columbia. The parties request that the Court enter an order accordingly.

IT IS SO STIPULATED.

Dated: September 18, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

Dated: September 22, 2026

*/s/ Adam Rosen*
ADAM ROSEN, Pro Hac Vice
Murthy Law Firm
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. This case hereby is transferred to the United States District Court for the District of the District of Columbia. Defendants shall have 30 days after this case is docketed with the United States District Court for the District of the District of Columbia to respond to Plaintiff's Complaint, unless otherwise ordered by the transferee Court.

Date: September 22, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge